IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE S. SHELLEY,<br><br>Defendant. | PO-20-5029-GF-JTJ<br><br>VIOLATION:<br>7353135<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for violation 7353135 (for a total of $180), and for good cause shown, IT IS ORDERED that the $180 fine paid by the defendant is accepted as a full adjudication of violation 7353135.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 17, 2020, is VACATED.

DATED this 19th day of August, 2020.

_____
John Johnston
United States Magistrate Judge